United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 17, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50735
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS MARIO VELOZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:04-CR-391-ALL-KC
--------------------

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jesus Mario Veloz
raises arguments that are foreclosed by United States v. Pineiro,
377 F.3d 464, 465-66 (5th Cir. 2004), petition for cert. filed
(U.S. July 14, 2004) (No. 04-5263), which held that Blakely v.
Washington, 124 S. Ct. 2531 (2004), does not apply to the United
States Sentencing Guidelines.  The Government's motion for
summary affirmance is GRANTED, and the judgment of the district
court is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.